UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JUDGMENT IN A CIVIL CASE

**ERIC F. WRIGHT, SR.,**
           **Plaintiff,**

vs.                 1:22-CV-00515 (MAD/ML)

**MARTIN, HARDING AND MAZZOTTI, LLP,**
           **Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion for summary judgment (Dkt. No. 21) is **GRANTED**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendant's favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 14th day of November, 2023.

DATED: November 14, 2023

*[Signature]*
Clerk of Court

s/Britney Norton
Britney Norton
Deputy Clerk